

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2014

No. 04-14-00284-CR

Loretta **STRACHE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 370016
Honorable Phil Chavarria, Jr., Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Notice of Appeal is hereby GRANTED.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2014.

Keith E. Hottle
Clerk of Court